**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case Number: | 13-28502 RAM | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | EXIM-BRICKELL, LLC | Filed (f) or Converted (c): | 08/03/13 (f) |
| | | §341(a) Meeting Date: | 09/11/13 |
| Period Ending: | 03/31/16 | Claims Bar Date: | 12/10/13 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Bank United Miami, Florida | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Office equpment<br>VALUE CHANGED PER AMENDED SCHEDULES | 550.00 | 0.00 | | 0.00 | FA |
| 3 | Copier Lease<br>REPORT OF ABANDONMENT FILED ON 9/30/13 | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | LOIRIS INTERNATIONAL RECEIVABLE (u)<br>LISTED ON AMENDED SCHEDULES | 665,000.00 | 0.00 | | 0.00 | FA |
| 5 | BEIJING REWARD INTERNATIONAL TRADE CO. (u)<br>DEFECTIVE PRODUCT CLAIM<br>LISTED ON AMENDED SCHEDULES | Unknown | 0.00 | | 0.00 | FA |
| 6 | QINGDAO SUNCARE NUTRITIONAL TECH CO. LTD (u)<br>DEFECTIVE PRODUCE CLAIM<br>LISTED ON AMENDED SCHEDULES | 0.00 | 0.00 | | 0.00 | FA |
| 7 | QUINDAO DAIRYGOLD INDUSTRY CO., LTD (u)<br>DEFECTIVE PRODUCT<br>LISTED ON AMENDED SCHEDULES | 0.00 | 0.00 | | 0.00 | FA |
| 8 | LEGAL MALPRACTICE RELATED TO REPRESENTATION OF (u)<br>DEBTOR IN CLAIM AGAINST BARIVEN<br>LISTED ON AMENDED SCHEDULES | 0.00 | 0.00 | | 0.00 | FA |
| 9 | SETTLEMENT WITH SALGES ENTITES (u) | 600,000.00 | 600,000.00 | | 617,016.27 | FA |
| 10 | Adv. Trustee vs. Mercedes-Benz Financial Services, USA (15-01520) (u) | 10,000.00 | 0.00 | | 10,000.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,275,550.00** | **$600,000.00** | | **$627,016.27** | **$0.00** |

**Major activities affecting case closing:**

CBD: 12/10/13; CLAIMS OBJECTIONS PENDING
TAX RETURN STATUS: FINAL RETURN PENDING

CASE STATUS: THE TRUSTEE HIRED DREW DILLWORTH, ESQ.  THE TRUSTEE, THROUGH HIS ATTORNEY, SETTLED VARIOUS CAUSES OF ACTIONS.  ONCE THE CLAIM OBJECTIONS AND TAX RETURNS ARE FINALIZED, THE TRUSTEE WILL PREPARE THE TFR.

**Initial Projected Date of Final Report (TFR):** December 31, 2016        **Current Projected Date of Final Report (TFR):** December 31, 2016

Page: 1

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 13-28502 RAM | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | EXIM-BRICKELL, LLC | Bank Name: | Signature Bank |
|  |  | Account: | ******8133 - Checking |
| Taxpayer ID#: | ******5169 | Blanket Bond: | $129,177,000.00 (per case limit) |
| Period: | 04/01/15 - 03/31/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/16 | Asset #10 | MERCEDES-BENZ FINANCIAL SVCS | PAYMENT PER ORDER DATED FEBRUARY 3, 2016 | 1241-000 | 10,000.00 |  | 10,000.00 |
| 01/29/16 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 7.17 | 9,992.83 |
| 02/29/16 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 13.86 | 9,978.97 |
| 03/31/16 | Asset #9 | STEARNS WEAVER MILLER ET AL | PAYMENT PER ORDER DATED NOVEMBER 25, 2015 - SATISFACTION OF FINAL JUDGMENT | 1249-000 | 617,016.27 |  | 626,995.24 |
| 03/31/16 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 15.75 | 626,979.49 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** |  | 627,016.27 | 36.78 | $626,979.49 |
| Less: Bank Transfers |  | 0.00 | 0.00 |  |
| **Subtotal** |  | 627,016.27 | 36.78 |  |
| Less: Payment to Debtors |  |  | 0.00 |  |
| **NET Receipts / Disbursements** |  | **$627,016.27** | **$36.78** |  |

| Net Receipts: | $627,016.27 |
|---|---|
| Net Estate: | $627,016.27 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8133 | 627,016.27 | 36.78 | 626,979.49 |
|  | $627,016.27 | $36.78 | $626,979.49 |