**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:    EXIM-BRICKELL, LLC                    § Case No. 13-28502-RAM
                                                §
                                                §
Debtor(s)                                       §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SONEET R. KAPILA, CHAPTER 7 TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $665,550.00  *(without deducting any secured claims)* | Assets Exempt:   N/A |
| Total Distribution to Claimants:   $422,538.02 | Claims Discharged Without Payment:   N/A |
| Total Expenses of Administration:   $204,478.25 | |

3) Total gross receipts of $627,016.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $627,016.27 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 5,400.32 | 0.00 | 0.00 |
| PRIORITY CLAIMS  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 204,478.25 | 204,478.25 | 204,478.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,009,713.05 | 61,609,438.19 | 61,609,438.19 | 422,538.02 |
| **TOTAL DISBURSEMENTS** | **$54,009,713.05** | **$61,819,316.76** | **$61,813,916.44** | **$627,016.27** |

4) This case was originally filed under Chapter 7 on 08/03/2013. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/28/2017           By: /s/ SONEET R. KAPILA, CHAPTER 7 TRUSTEE
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adv. Trustee vs. Mercedes-Benz Financial Services, USA (15-01520) | 1241-000 | 10,000.00 |
| SETTLEMENT WITH SALGES PARTIES | 1249-000 | 617,016.27 |
| **TOTAL GROSS RECEIPTS** | | **$627,016.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Canon Financial Servcies Inc | 4210-000 | 0.00 | 5,400.32 | 0.00 | 0.00 |
| NOTFILED | Beijing Reward International Trade Co. | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,400.32** | **$0.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2100-000 | N/A | 34,600.81 | 34,600.81 | 34,600.81 |
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2200-000 | N/A | 16.50 | 16.50 | 16.50 |
| DREW DILLWORTH, ESQ. | 3210-000 | N/A | 148,507.00 | 148,507.00 | 148,507.00 |
| DREW DILLWORTH, ESQ. | 3220-000 | N/A | 1,826.71 | 1,826.71 | 1,826.71 |
| Signature Bank | 2600-000 | N/A | 4,861.82 | 4,861.82 | 4,861.82 |
| KAPILAMUKAMAL LLP | 3310-000 | N/A | 12,256.80 | 12,256.80 | 12,256.80 |
| KAPILA & COMPANY | 3310-000 | N/A | 2,295.20 | 2,295.20 | 2,295.20 |

**UST Form 101-7-TDR (10/1/2010)**

| | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| KAPILA & COMPANY | 3320-000 | N/A | 3.53 | 3.53 | 3.53 |
| KAPILAMUKAMAL LLP | 3320-000 | N/A | 109.88 | 109.88 | 109.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | N/A | **$204,478.25** | **$204,478.25** | **$204,478.25** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | N/A | | | |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Coker & Feiner | 7100-000 | 6,673.50 | 6,673.50 | 6,673.50 | 45.77 |
| 2 | Canon Financial Servcies Inc | 7100-000 | 1,322.99 | 8,196.51 | 8,196.51 | 56.21 |
| 3 | Akerman LLP | 7100-000 | 918,792.94 | 957,508.22 | 957,508.22 | 6,566.91 |
| 4 | Bariven, S.A. | 7100-000 | 0.00 | 60,637,059.96 | 60,637,059.96 | 415,869.13 |
| NOTFILED | Baker & Mckenzie LLP | 7100-000 | 43,601.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Beijing Reward International Trade Co. | 7100-000 | 600,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Focus Receivables Management | 7100-000 | 466.84 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jordan Castellion Ricardo P.L. | 7100-000 | 5,833.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Qingdao Suncare Nutritional Tech Co. Ltd | 7100-000 | 9,642,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Quindao Dairygold Industry Co. Ltd | 7100-000 | 42,581,250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rasco Klock Reininger Perez PL | 7100-000 | 207,746.51 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Spigt Dutch Caribbean | 7100-000 | 1,525.87 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$54,009,713.05** | **$61,609,438.19** | **$61,609,438.19** | **$422,538.02** |

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
ASSET CASES

Exhibit 8

Page: 1

**Case Number:** 13-28502 RAM  
**Case Name:** EXIM-BRICKELL, LLC  
**Period Ending:** 03/28/17

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE  
**Filed (f) or Converted (c):** 08/03/13 (f)  
**§341(a) Meeting Date:** 09/11/13  
**Claims Bar Date:** 12/10/13

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Bank United Miami, Florida | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Office equpment<br>VALUE CHANGED PER AMENDED SCHEDULES | 550.00 | 0.00 | | 0.00 | FA |
| 3 | Copier Lease<br>REPORT OF ABANDONMENT FILED ON 9/30/13 | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | LOIRIS INTERNATIONAL RECEIVABLE (u)<br>LISTED ON AMENDED SCHEDULES | 665,000.00 | 0.00 | | 0.00 | FA |
| 5 | BEIJING REWARD INTERNATIONAL TRADE CO. (u)<br>DEFECTIVE PRODUCT CLAIM<br>LISTED ON AMENDED SCHEDULES | Unknown | 0.00 | | 0.00 | FA |
| 6 | QINGDAO SUNCARE NUTRITIONAL TECH CO. LTD (u)<br>DEFECTIVE PRODUCE CLAIM<br>LISTED ON AMENDED SCHEDULES | Unknown | 0.00 | | 0.00 | FA |
| 7 | QUINDAO DAIRYGOLD INDUSTRY CO., LTD (u)<br>DEFECTIVE PRODUCT<br>LISTED ON AMENDED SCHEDULES | Unknown | 0.00 | | 0.00 | FA |
| 8 | LEGAL MALPRACTICE RELATED TO REPRESENTATION OF (u)<br>DEBTOR IN CLAIM AGAINST BARIVEN - BAKER & MCKENZIE, LLP<br>LISTED ON AMENDED SCHEDULES | Unknown | 0.00 | | 0.00 | FA |
| 9 | SETTLEMENT WITH SALGES PARTIES (u) | 600,000.00 | 600,000.00 | | 617,016.27 | FA |
| 10 | Adv. Trustee vs. Mercedes-Benz Financial Services, USA (15-01520) (u) | 10,000.00 | 0.00 | | 10,000.00 | FA |
| 11 | LEGAL MALPRACTICE RELATED TO REPRESENTATION OF (u)<br>DEBTOR IN CLAIM AGAINST BARIVEN - AKERMAN, LLP<br>LISTED ON AMENDED SCHEDULES | Unknown | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,275,550.00** | **$600,000.00** | | **$627,016.27** | **$0.00** |

**Major activities affecting case closing:**

CBD: 12/10/13; CLAIMS OBJECTIONS COMPLETE  
TAX RETURN STATUS: FINAL RETURN COMPLETE

CASE STATUS: THE TRUSTEE HIRED DREW DILLWORTH, ESQ.  THE TRUSTEE, THROUGH HIS ATTORNEY, SETTLED VARIOUS CAUSES OF ACTIONS.

**FORM 1**     Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**     Page: 2

TFR

**Initial Projected Date of Final Report (TFR):** December 31, 2016     **Current Projected Date of Final Report (TFR):** September 27, 2016 (Actual)

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 13-28502 RAM | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | EXIM-BRICKELL, LLC | Bank Name: | Signature Bank |
| | | Account: | ******8133 - Checking |
| Taxpayer ID#: | **-***5169 | Blanket Bond: | $129,177,000.00 (per case limit) |
| Period Ending: | 03/28/17 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/14/16 | Asset #10 | MERCEDES-BENZ FINANCIAL SVCS | PAYMENT PER ORDER DATED FEBRUARY 3, 2016 | 1241-000 | 10,000.00 | | 10,000.00 |
| 01/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.17 | 9,992.83 |
| 02/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 13.86 | 9,978.97 |
| 03/31/16 | Asset #9 | STEARNS WEAVER MILLER ET AL | PAYMENT PER ORDER DATED NOVEMBER 25, 2015 - SATISFACTION OF FINAL JUDGMENT | 1249-000 | 617,016.27 | | 626,995.24 |
| 03/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 15.75 | 626,979.49 |
| 04/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 839.87 | 626,139.62 |
| 05/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 958.03 | 625,181.59 |
| 06/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 896.78 | 624,284.81 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 865.64 | 623,419.17 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,264.72 | 622,154.45 |
| 11/01/16 | 1001 | Stearns Weaver Miller, et al | Dividend of 100.000000000% | 3210-000 | | 148,507.00 | 473,647.45 |
| 11/01/16 | 1002 | DREW DILLWORTH, ESQ. | Dividend of 100.000000000% | 3220-000 | | 1,826.71 | 471,820.74 |
| 11/01/16 | 1003 | KAPILA & COMPANY | Dividend of 100.000000000% | 3310-000 | | 2,295.20 | 469,525.54 |
| 11/01/16 | 1004 | KAPILAMUKAMAL LLP | Dividend of 100.000000000% | 3310-000 | | 12,256.80 | 457,268.74 |
| 11/01/16 | 1005 | KAPILAMUKAMAL LLP | Dividend of 100.000000000% | 3320-000 | | 109.88 | 457,158.86 |
| 11/01/16 | 1006 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend of 100.000000000% | 2100-000 | | 34,600.81 | 422,558.05 |
| 11/01/16 | 1007 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend of 100.000000000% | 2200-000 | | 16.50 | 422,541.55 |
| 11/01/16 | 1008 | Akerman LLP | Dividend of 0.685833263%, Claim No. 3 | 7100-000 | | 6,566.91 | 415,974.64 |
| 11/01/16 | 1009 | Bariven, S.A. | Dividend of 0.685833263%, Claim No. 4 | 7100-000 | | 415,869.13 | 105.51 |
| 11/01/16 | 1010 | Canon Financial Servcies Inc | Dividend of 0.685833263%, Claim No. 2 | 7100-000 | | 56.21 | 49.30 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| Case Number: | 13-28502 RAM | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | EXIM-BRICKELL, LLC | Bank Name: | Signature Bank |
| | | Account: | ******8133 - Checking |
| Taxpayer ID#: | **-***5169 | Blanket Bond: | $129,177,000.00 (per case limit) |
| Period Ending: | 03/28/17 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/16 | 1011 | Coker & Feiner | Dividend of 0.685833263%, Claim No. 1 | 7100-000 | | 45.77 | 3.53 |
| 11/01/16 | 1012 | U.S. Bankruptcy Court | Dividend of 100.000000000%; Stopped on 11/14/2016 | 3320-000 | | 3.53 | 0.00 |
| 11/14/16 | 1012 | U.S. Bankruptcy Court | Dividend of 100.000000000%; Stopped: Check issued on 11/01/2016 | 3320-000 | | -3.53 | 3.53 |
| 11/14/16 | 1013 | KAPILA & COMPANY | | 3320-000 | | 3.53 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 627,016.27 | 627,016.27 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 627,016.27 | 627,016.27 | |
| Less: Payment to Debtors | | 0.00 | |
| NET Receipts / Disbursements | **$627,016.27** | **$627,016.27** | |

| | | |
|---|---|---|
| Net Receipts: | $627,016.27 | |
| Net Estate: | $627,016.27 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8133** | 627,016.27 | 627,016.27 | 0.00 |
| | $627,016.27 | $627,016.27 | $0.00 |